IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ROBERT PATTERSON,                   )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    1:24cv399
                                    )
CITY OF GRAHAM, JASON MOOORE,       )
individually and in his official    )
capacity, TOMMY COLE, individually  )
and in his official capacity,       )
MEGAN GARNER, individually and in   )
her official capacity,              )
                                    )
          Defendants.               )
```

### ORDER

On September 15, 2025, the Recommendation of the United States Magistrate Judge was filed, and notice was served on the parties in accordance with 28 U.S.C. § 636(b). (Docs. 21, 22.) Plaintiff Robert Patterson objected to the Recommendation. (Doc. 23.) Defendants filed a response to Patterson's objection. (Doc. 25.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Recommendation.

Further, the court agrees that dismissal with prejudice is warranted. This dismissal comes after Defendants' second motion to dismiss for failure to state a claim. After Defendants filed their first motion to dismiss with brief in support (Docs. 8, 9),

Patterson responded with a request for an extension of time (Doc. 11.)  Patterson then attempted to cure the deficiencies by filing his amended complaint.  (Doc. 12.)  Defendants again filed a motion to dismiss and brief, arguing largely that the same defects from the first complaint persisted, Plaintiff responded, and Defendants filed a reply.  (Docs. 16, 17, 19, and 20.)  The court has again found that Patterson's claims fail to state a claim for relief.  Allowing repleading would be to offer Plaintiff yet a third attempt to plead when the deficiencies were already identified.  While the court is cognizant that there is a strong interest in having cases decided on the merits, the court agrees with the Magistrate Judge that given the fundamental failures in Patterson's complaints, dismissal with prejudice is warranted.  See Cozzarelli v. Inspire Pharms. Inc., 549 F.3d 618, 630 (4th Cir. 2008) (affirming dismissal with prejudice because "it [wa]s clear that amendment would be futile in light of the fundamental deficiencies in plaintiffs' theory of liability").  For these reasons, therefore,

    IT IS ORDERED that Defendants' motion to dismiss the amended complaint (Doc. 16) is GRANTED and Plaintiff Robert Patterson's amended complaint (Doc. 12) is DISMISSED.

October 15, 2025

                                /s/   Thomas D. Schroeder
                                United States District Judge